# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

GERARDO BERNAL

MAGISTRATE JUDGE LEVIN

CRIMINAL COMPLAINT

**DOCKETED**

MAY 24 2004

CASE NUMBER: **04CR0500**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __7/11/2000__ in __Cook__ county, in the __Northern__ District of __Illinois__ defendant(s) did, (Track Statutory Language of Offense)

move and travel in interstate commerce to avoid prosecution for the Illinois felony of murder

in violation of Title __18__ United States Code, Section(s) __1073__.

I further state that I am a(n) __FBI Special Agent__ and that this complaint is based on the following
                                        Official Title
facts:

**SEE ATTACHED AFFIDAVIT**

Continued on the attached sheet and made a part hereof: ■ Yes ___ No

Signature of Complainant
**SEAN J. BURKE**
**Special Agent**
**Federal Bureau of Investigation**

Sworn to before me and subscribed in my presence,

May 19, 2004                          at    Chicago, Illinois
Date                                        City and State

IAN H. LEVIN    United States Magistrate Judge
Name & Title of Judicial Officer                 Signature of Judicial Officer

```
STATE OF ILLINOIS    )
                     )  ss
COUNTY OF COOK       )
```

### A F F I D A V I T

I, SEAN J. BURKE, being duly sworn, depose and say:

1. I am a Special Agent of the Federal Bureau of Investigation (FBI), Department of Justice, and have been so employed for over two years. I am currently assigned to the FBI Violent Crimes/Fugitive Task Force and am familiar with fugitive investigations. The information contained in this affidavit was furnished to me by personnel from the Cook County, Illinois, Sheriff's Police Department (CCSPD) and by personnel from the Cook County State's Attorney's Office.

2. On October 25, 1998, DEBORAH BERNAL was beaten and strangled to death. DEBORAH's body was found a short time later in a wooded area of Lemont, Illinois. Subsequent investigation by the CCSPD developed DEBORAH's husband, GERARDO BERNAL, as the suspect involved in the murder. On December 16, 1998, BERNAL was arrested and charged in the Circuit Court of Cook County, Illinois, with Murder, a felony.

3. Between October and November of 1999, BERNAL's bond was reduced. After posting bond, BERNAL was released from custody and was present for several subsequent court proceedings on the murder charge.

Four days before BERNAL's jury trial, he stopped appearing for the court proceedings. On July 11, 2000, the Circuit Court of Cook County issued an arrest warrant for BERNAL. On September 20, 2000, the Circuit Court of Cook County issued an arrest warrant for BERNAL for violating his bond. A copy of the warrants is attached to this affidavit.

4. The CCSPD has been unable to locate BERNAL in the Chicago area. It was suspected by CCSPD that BERNAL had fled to Mexico after he failed to appear for his jury trial.

5. On April 29, 2004, an individual who wished to remain anonymous contacted the Chicago FBI by phone from Jalisco, Mexico, and stated they had information as to the whereabouts of BERNAL. The individual was aware that BERNAL was wanted in the State of Illinois and was willing to provide a current address for BERNAL in Jalisco, Mexico.

6. On May 4, 2004, I contacted a FBI Agent stationed in Mexico with responsibility for liaison in the Jalisco area. The Agent met with the individual mentioned above in person. The FBI Agent was given a current residence for BERNAL in Jalisco along with vehicle information.

7. Based on the above information, I believe that GERARDO BERNAL ultimately fled the State of Illinois to avoid prosecution for Murder.

8. The Cook County State's Attorney's Office will extradite BERNAL.

SEAN J. BURKE
Special Agent
Federal Bureau of Investigation

Sworn to and Subscribed before me this 19th day of May, 2004

IAN H. LEVIN
United States Magistrate Judge

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs
GERARDO BERNAL

CASE NO 99CR0267201 W001
WARRANT TYPE ( BFW )

## ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) GERARDO BERNAL for the offense of
(Description) MURDER/INTENT TO KILL/INJURE
(Chapter) 720 (Section) 5/9-1(A)(1)
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook
County at (Location) DISTRICT V COURTHOUSE (Room) 10
10220 SOUTH 76TH AVENUE
BRIDGEVIEW, IL 60455
at 9:30 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant
is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made

### GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations
are those as specified in 725 ILCS 5/107-9(e).

Issued in Cook county 07/11/2000
Bail fixed at $ - NO BAIL --

Judge _____ Code 1729
DAVID P. STERBA

(Geographic Limitations)

Prosecutor

Judge _____ Code 1729
DAVID P. STERBA

W.T.

Witness: Aurelia Pucinski, Clerk of the Court and seal thereof, 07/11/2000

Clerk of the Circuit Court _____ By Deputy Clerk _____

Name GERARDO BERNAL
Alias
Residence 1400 ADAST city JOLIET state IL zip

| Sex | Race | Height | Weight | P.O.B. | Age | Complxn | Build | Drivers License |
|---|---|---|---|---|---|---|---|---|
| M | WHTHIS | 5' 4" | 140 lbs | 09/07/1965 | 34 | | | |

IR 001017441  CB/DCN L1285784  FBI 630027PA1  SID 00032466560  SSN 000000000  BOND NO 7122638

Complainant's Name ASST STATE ATTY
Address 10220 S 76TH AVE city BRIDGEVIEW state IL zip 60455
Arresting Officer Star No 00000
Agency/Unit NOT DETERMINED

Reviewed By: _____ Audited By: _____
                Prosecutor                        Clerk

Prepared by: EVANS,RITA   Printed: 07/11/2000 11:05:04   System: BGP4.D142.BG02.WSF

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS
vs
GERARDO BERNAL

CASE NO. 00CR2127301 W001
WARRANT TYPE ( ARR )

## ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) GERARDO BERNAL for the offense of
(Description) NO BAIL BOND/CLASS M CONVIC
(Chapter) 720 (Section) /32-10
stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook
County at (Location) DISTRICT V COURTHOUSE (Room) 10
10220 SOUTH 76TH AVENUE
BRIDGEVIEW, IL 60455
at 9:30 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant
is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made

### GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations
are those as specified in 725 ILCS 5/107-9(e).

Issued in Cook County 09/20/2000
Bail fixed at -- NO BAIL --

_____ (Geographic Limitations)

Judge _____ Code 1729
DAVID P. STYRBA

Prosecutor _____

Judge _____ Code 1729
DAVID P. STYRBA

**W.T.**

Witness: Aurelia Pucinski, Clerk of the Court and seal thereof, 09/20/2000
Clerk of the Circuit Court _____ By Deputy Clerk _____

Name GERARDO BERNAL
Alias
Residence 2458 MOFFET  city CHICAGO  IL  state  60647

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|---|---|---|---|---|---|---|---|---|
| M | WHTHIS | 5' 4" | 140 lbs | 09/07/1965 | 35 | | | |

IR 001017441  CB/DCN L1285784  FBI 630027FA1  SID 00032466560  SS 000000000  BOND N000000000

Complainant's Name ASST STATE ATTY
Address 10220 S 76TH AVE  city BRIDGEVIEW  state IL  60455
Arresting Officer _____ Star No 00000
Agency/Unit COOK COUNTY SHERIFF

Reviewed By: _____  Audited By: _____
            Prosecutor                              Clerk

Prepared by: EVANS,RITA   Printed: 09/20/2000 11:28:48   System: DCP4.D142.BG09.WSR

CLERK OF THE CIRCUIT COURT OF COOK COUNTY